## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Gomes,</u>
        **Plaintiff(s),**

    **V.**

                            **CIVIL ACTION**

                            **NO. <u>07-40096-FDS</u>**

<u>Norfolk Financial Corp.,</u>
        **Defendant(s),**

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

    The  Court having been advised on    <u>June 21, 2007</u>   

that the above-entitled action has been settled;

    **IT IS ORDERED** that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action

within thirty (30) days if settlement is not consummated.

                                          **By the Court,**

<u>   June 25,  2007   </u>                          <u> /s/ Martin Castles     </u>
         **Date**                                **Deputy Clerk**